# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### 5:06cv5

| | |
|---|---|
| BRADLEY WAYNE McINTYRE; and ALICE JAYNE McINTYRE, ) ) ) Plaintiffs, ) ) Vs. ) ) IREDELL COUNTY OF NORTH ) CAROLINA; IREDELL COUNTY ) DEPARTMENT OF SOCIAL SERVICES; ) LEANNE SMITH; CAROL RHOULAC; ) ROBIN NICHOLSON; IREDELL ) COUNTY SHERIFF'S DEPARTMENT; ) and DEPUTY BENJAMIN JENKINS, ) ) Defendants. ) _____ ) | ORDER |

**THIS MATTER** is before the court on a request from the mediator that the deadline for completion of mediation be enlarged. Finding good cause for such enlargement, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the time for completion of mediation is **ENLARGED** up to and inclusive of September 7, 2006.

Signed: August 17, 2006

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge